# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TIMOTHY G. WHITEAGLE,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, DULUTH FEDERAL PRISON CAMP,<br><br>    Defendant. | Civil No. 15-2460 (JRT/HB)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

---

  Timothy G. Whiteagle, Reg. No. 07435-090, Duluth Federal Prison Camp, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

  Ana Voss, D. Gerald Wilhelm, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

  The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

  Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

  **IT IS HEREBY ORDERED** that:

  1. The Report and Recommendation is **ADOPTED**;

  2. This matter shall be **TRANSFERRED** to the United States District Court for the Western District of Wisconsin.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 24, 2015     s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                        United States District Judge